IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DONNIE G. RUBELL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:13-cv-00074-O-KA |
| FED EX GROUND et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| DONNIE G. RUBELL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:13-cv-00075-O-KA |
| IQI INC. et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| DONNIE G. RUBELL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:13-cv-00078-O-KA |
| MEDCO et al., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in the above-styled cases, including the Findings and Recommendation of the United States Magistrate Judge and Plaintiff's Response, the Court is of the opinion that the Findings and Recommendation of the

United States Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted. Accordingly:

(1) Plaintiff's motions for leave to proceed *in forma pauperis* are hereby **DENIED**;

(2) the above-styled cases are **DISMISSED with prejudice**; and

(3) the Clerk of this Court is instructed to refuse to docket any civil lawsuit complaint by Donnie G. Rubell tendered without prepayment of the requisite filing fee and security for costs until permission for the filing thereof has been expressly granted by this Court.

Judgment will be entered by a separate order.

**SO ORDERED** on this **10th day** of **July, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE